UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

STEVEN SWENSON,

           Plaintiff,

v.

STEVEN SINCLAIR et al,

           Defendants.

CASE NO. 3:17-cv-05883-RBL-JRC

REPORT AND RECOMMENDATION

NOTED FOR: MAY 29, 2018

This 42 U.S.C. § 1983 civil rights matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636 (b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4.

The parties have entered a stipulation to dismiss this action with prejudice. Dkt. 16. Defendants note that the parties will bear their own costs and fees, and have attached a document signed by plaintiff consenting to the dismissal of the action.

Therefore, the Court recommends dismissal of the action with prejudice. The Court has not set a noting date 14 days from now because the parties have stipulated to dismissal. The

1 Court recommends entry of the order dismissing the action when the District Court receives this
2 report and recommendation.
3     Dated this 29th day of May, 2018.

*[signature]*

J. Richard Creatura
United States Magistrate Judge