UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STEVEN SWENSON, <br><br> Plaintiff, <br><br> v. <br><br> STEVEN SINCLAIR, et al., <br><br> Defendants. | CASE NO. 3:17-cv-05883-RBL-JRC <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1) The Court accepts the parties' stipulation (Dkt. 16).

(2) Plaintiff's actions is dismissed with prejudice.

**DATED** this 30th day of May, 2018.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1